STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
JARED GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jared.L.Grimmer@usdoj.gov

*Representing the United States of America*



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PHONE IPHONE 6S, SERIAL NUMBER F17PLHMNGSMG CURRENTLY LOCATED AT UNITED STATES SECRET SERVICE LAS VEGAS, 100 North City Parkway, Suite 1520, Las Vegas, Nevada | Case No. 2:17-mj-0768-PAL<br><br>**UNITED STATES' MOTION TO UNSEAL CASE** |

THE UNITED STATES OF AMERICA, by and through STEVEN W. MYHRE, Acting United States Attorney, and JARED GRIMMER, Assistant United States Attorney, hereby moves the Court to unseal Case Number 2:17-mj-0768-PAL, so that the United States may produce in discovery.

The Search and Seizure Warrant and affidavit in this matter was sealed at the request of the United States in order to protect an ongoing investigation. The warrant authorized a search of the Apple iPhone 6s wireless telephone, serial number F17PLHMNGSMG, to facilitate and for evidence of alleged violations of 18 U.S.C. § 472- (Passing Counterfeit Obligations of the United States), for Case No. 2:17-mj-0768-PAL. The defendant have since been indicted on charge of Uttering Counterfeit Obligations or Securities, Case Number 2:17-CR-00214-KJD-VCF. The United States

1

intends to use evidence it recovered during the execution of the Search Warrant in its case in chief against the defendant.

The reason for sealing the Search Warrant and affidavit no longer exists. Further, the United States has a duty to produce these materials in discovery. For these reasons, the United States asks the Court to unseal case 2:17-mj-0768-PAL, so that the United States may produce the Search Warrant and supporting affidavit.

DATED this 4th day of August, 2017.

STEVEN W. MYHRE
Acting United States Attorney

JARED GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:17-mj-0768-PAL |
| vs. | **ORDER UNSEALING CASE** |
| PHONE IPHONE 6S, SERIAL NUMBER F17PLHMNGSMG CURRENTLY LOCATED AT UNITED STATES SECRET SERVICE LAS VEGAS, 100 North City Parkway, Suite 1520, Las Vegas, Nevada | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that case number 2:17-mj-0768-PAL shall be UNSEALED.

DATED this 7th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3